IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISON
*Filed Electronically*

| | |
|---|---|
| TIMOTHY DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | Civil Action No. 3:22-cv-00010-GFV |

**NOTICE OF FILING PLAINTIFF'S INITIAL
DISCLOSURES PURSUANT TO FRCP 26(a)(1)**

\* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Timothy Davis, and hereby gives notice to the Court and the parties hereto, that on March 24, 2022, he served on the parties hereto Plaintiff's Initial Disclosures Pursuant to FRCP 26(a)(1).

Respectfully Submitted,

/s/ Douglas H. Morris
Douglas H. Morris
Lea A. Player
Robyn Bell Stanton
MORRIS & PLAYER PLLC
1211 Herr Lane, Suite 205
Louisville, KY  40222
Telephone: (502) 426-3430
Fax: (502) 426-3633
dhm@morrisplayer.com
lap@morrisplayer.com
rbs@morrisplayer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March, 2022, I electronically filed the foregoing by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Douglas H. Morris*
*Counsel for Plaintiff*

Brian Keith Gibson (admitted pro hac vice)
Littleton Park Joyce Ughetta Kelly, LLP
7 Manhattanville Road, Suite 202
Purchase, NY 10577
Telephone: (914) 417-3400
keith.gibson@littletonpark.com

Jonathan Tyler Woy (admitted pro hac vice)
Littleton Park Joyce Ughetta Kelly, LLP
201 King of Prussia Road, Suite 220
Radnor, PA 19087
Telephone: (484) 254-6220
jonathan.woy@littletonpark.com

Marshall R. Hixson
Robin E. McGuffin
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone: (859) 226-2300
Facsimile: (859) 425-7909
mhixson@stites.com
rmcguffin@stites.com
*Counsel for Defendant SIG Sauer, Inc.*