# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| TIMOTHY DAVIS,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>SIG SAUER, INC.<br>　　　　*Defendant.* | Civil Case No.: 3:22-cv-00010-GFVT<br><br>**THE PARTIES' NOTICE OF TRIAL READINESS AND REMAINING SCHEDULING DEADLINES** |

## THE PARTIES' NOTICE OF TRIAL READINESS

The parties, Plaintiff Timothy Davis and Defendant Sig Sauer, Inc., by and through their respective undersigned counsel, submit this Notice of Trial Readiness pursuant to the Court's April 29, 2025 Order, and provide as follows. *See* ECF 102.

1. The parties will be trial ready in January 2026, and will follow the Court's pretrial scheduling deadlines that will flow from the trial date set by the Court.

2. The parties submit the following proposed schedule regarding updated damages discovery.

3. Plaintiff will provide updated medical records form the date the original damages reports were produced to present ("Relevant Time") by July 30, 2025.

4. Sig Sauer, Inc. shall be permitted to serve subpoenas to medical providers for updated medical records for the Relevant Time.

5. Plaintiff will provide dates for a limited deposition on the subject of damages occurring during the Relevant Time and/or since the date of Plaintiff's last deposition to be completed by August 15, 2025.

6.  Plaintiff will produce supplemental damages reports from his experts on or before August 15, 2025.

7.  Defendant will produce responsive damages reports from its experts on or before September 19, 2025.

8.  Depositions of damages expert witnesses shall be completed on or before November 7, 2025.

So agreed by the parties,

| **LITTLETON JOYCE** | **SALTZ MONGELUZZI BENDESKY P.C.** |
|---|---|
| /s/ Kristen Dennison<br>Kristen E. Dennison<br>2460 N Courtenay Pkwy Ste 204<br>Merritt Island, FL. 32953<br>Mobile (646) 708-4844<br>kristen.dennison@littletonjoyce.com | **By:** *Robert W. Zimmerman*<br>Robert W. Zimmerman, Esq., *Pro Hac Vice*<br>Ryan D. Hurd, Esq., *Pro Hac Vice*<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 496-8282 (Telephone)<br>(215) 496-0999 (Facsimile)<br>rzimmerman@smbb.com<br>rhurd@smbb.com<br><br>**MORRIS & PLAYER PLLC**<br>Douglas H. Morris (KY Bar No. 50175)<br>Lea A. Player (KY Bar No. 84446)<br>Robyn Bell Stanton (KY Bar No. 91509)<br>1211 Herr Ln., Suite 205<br>Louisville, KY  40222<br>Telephone 502-426-3430<br>Facsimile 502-426-3633<br>dhm@morrisplayer.com<br>lap@morrisplayer.com<br>rbs@morrisplayer.com |

May 14, 2025